**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00163-001-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Eduardo Enrique Sierra-Zamorano, | |
| Defendant. | |

The Court held a hearing on March 25, 2020 on Defendant's Motion to Reopen Detention Hearing and Motion for Release Pending Trial (Doc. 17). The Court has considered the proffer of counsel, briefing (Doc. 17, 19, 20), and all information presented.

Defendant is charged with a violation of 18 U.S.C. § 1326(a). The issue of detention was previously addressed at the Defendant's initial appearance held January 22, 2020 (Doc. 2). The Defendant submitted the issue of detention to the Court. The Court issued findings of fact and conclusions of law pursuant to 18 U.S.C. § 3142(f). The Court detained the Defendant as a flight risk (Doc. 5 at 1).

Defendant requests reopening of his detention hearing on the basis of the Coronavirus Disease 2019 ("COVID-19") pandemic which he asserts poses an acute risk to his health were he to remain detained. The Court is aware that the President of the United States has declared a public health emergency in response to the spread of COVID-19. The Court is also aware that Governor Ducey has declared a state of emergency in the State of Arizona. The Defendant is being detained at a Core Civic facility in Arizona,

pending his trial.  Core Civic has implemented protocols to minimize the risk of COVID-19 transmission into and within its facilities.

The Defendant is not exhibiting any symptoms of COVID-19 and is in good health.  He is 37 years old.  (Docs. 3, 21).

The Court further finds that the Defendant has a gambling addiction as well as a daily methamphetamine and marijuana addiction.  (Doc. 21 at 2).  His criminal history reflects numerous removal proceedings, a conviction for failure to appear and two misdemeanor 18 U.S.C. § 1325 convictions.  (*Id.* at 3).  He has three outstanding warrants.  (*Id.*)  He most recently has resided and worked in Mesa, Arizona.  He has family in Mexico and Arizona.  (*Id.* at 2).

The Court finds that new circumstances do exist today that did not exist at the time of the Defendant's initial appearance.  The Court, therefore, grants the request to reopen the detention hearing.

Pursuant to 18 U.S.C. § 3142(f), (g), having carefully considered all the information presented, the Court nevertheless finds that there are no release conditions that will reasonably assure the Defendant's appearance at his next hearing.  The Court finds by a preponderance of the evidence that the Defendant remains a significant flight risk for all the reasons set forth herein.

IT IS ORDERED detaining the Defendant pending trial in this case.  The Motion for Release Pending Trial is denied (Doc. 17).

Dated this 27th day of March, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge